**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE:    THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| COALITION OF AMERICAN MANUFACTURERS OF MOBILE ACCESS EQUIPMENT, | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | No. 26-702 |
| Defendant, | |
| and | |
| ZHEJIANG DINGLI MACHINERY CO., LTD., | |
| Defendant-Intervenor. | |

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

Pursuant to Rule 56.2 of the USCIT Rules, undersigned counsel for the parties have conferred and respectfully submit the following Joint Status Report and Proposed Briefing Schedule.

**JOINT STATUS REPORT**

**1. Does the Court have jurisdiction over this case?**

Plaintiff in this action challenges certain aspects of the final determination of the U.S. Department of Commerce issued at the conclusion of the 2022 administrative review of the countervailing duty order on *Mobile Access Equipment and Subassemblies Thereof From the People's Republic of China,* 90 Fed. Reg. 59,492 (Dec. 19, 2025), and accompanying Issues and Decision Memorandum.

Plaintiff and Defendant-Intervenor believe that this Court has jurisdiction over this action under 28 U.S.C. § 1581(c) and 19 U.S.C. §§ 1516a(2)(A)(i)(II) and 1516a(2)(B)(i). Defendant is currently unaware of any basis upon which to challenge the jurisdiction of this Court.

**2. Should the case be consolidated with any other case, or should any portion of the case be severed, and the reasons for such severance?**

The parties respectfully request that this case be consolidated with *Zhejiang Dingli Machinery Co., Ltd. v. United States*, No. 26-756 (*Dingli*), which challenges the same final determination challenged in this case. The administrative record is therefore identical in each case. The cases also share the same parties: Plaintiff in this case is Defendant-Intervenor in *Dingli*, and Plaintiff in *Dingli* is Defendant-Intervenor in this one. These cases involve "common question[s] of law [and] fact," USCIT R. 42(a), consolidating them would promote judicial and administrative efficiency, and consolidation would not result in any increased administrative burden on the Court.

**3. Should further proceedings in the case be deferred pending consideration of another case before the Court or any other tribunal and the reasons for such deferral?**

The parties agree that further proceedings should not be deferred pending consideration of another case before this Court or any other tribunal.

**4. Should the Court be aware of any other information at this time?**

The parties are not aware of any other information that requires the Court's attention at this time.

**PROPOSED BRIEFING SCHEDULE**

The parties agree to the following proposed briefing schedule:

- Plaintiff and Consolidated Plaintiff will file their respective motions for judgment on the agency record and accompanying initial briefs of up to 14,000 words each on or before Friday, June 26, 2026.

- Defendant will file its response brief of up to 14,000 words on or before Thursday, September 24, 2026.

- Defendant-Intervenors will file their respective response briefs of up to 10,000 words each on or before Thursday, October 22, 2026.

- Plaintiff and Consolidated Plaintiff will file their respective reply briefs of up to 7,000 words each on or before Friday, November 20, 2026

- Pursuant to Rule 56.2(c)(3), Plaintiffs and Consolidated Plaintiff shall file a single joint appendix containing a copy of those portions of the administrative record cited in the briefs filed by all parties on or before Friday, December 4, 2026.

- Any requests for oral argument will be filed on or before Friday, December 11, 2026.

- Oral argument will be scheduled upon consultation with the parties.


s/ Timothy C. Brightbill
Timothy C. Brightbill
Laura El-Sabaawi
Theodore P. Brackemyre

Wiley Rein LLP
2050 M Street, NW
Washington, DC 20036
(202) 719-7000

*Attorneys for Plaintiff Coalition of American Manufacturers of Mobile Access Equipment*

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

s/ Tara K. Hogan
TARA K. HOGAN
Assistant Director

s/ Oliver J. McDonald
OLIVER J. MCDONALD
Trial Attorney
Commercial Litigation Branch

Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
(202) 305-0168
Oliver.J.McDonald@usdoj.gov

*Attorneys for Defendant*


 s/ Andrew T. Shutz
 Andrew T. Shutz
 Jordan C. Kahn
 Michael S. Holton
 Eve Q. Wang

 GRUNFELD DESIDERIO
 LEBOWITZ SILVERMAN &
 KLESTADT LLP

 1201 New York Ave., NW
 Suite 650
 Washington, DC 20005
 (202) 783-6881

*Attorneys for Intervenor-Defendant
Zhejiang Dingli Machinery Co., Ltd.*

April 23, 2026