# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE CLAIRE R. KELLY, JUDGE

COALITION OF AMERICAN
MANUFACTURERS OF MOBILE ACCESS
EQUIPMENT,

     Plaintiff,

     and

ZHEJIANG DINGLI MACHINERY CO., LTD.,

     Consolidated Plaintiff,

       v.

THE UNITED STATES,

     Defendant,

     and

ZHEJIANG DINGLI MACHINERY CO., LTD.,

     Defendant-Intervenor,

     and

COALITION OF AMERICAN
MANUFACTURERS OF MOBILE ACCESS
EQUIPMENT,

     Consolidated Defendant-Intervenor.

Consol. Ct. No. 26-702

**[PROPOSED] ORDER CONSOLIDATING CASES AND SETTING BRIEFING SCHEDULE**

Upon consideration of the Joint Status Report and Proposed Briefing

Schedule jointly proposed by all parties, it is hereby

**ORDERED** that this case shall be consolidated with *Zhejiang Dingli Machinery Co., Ltd. v. United States*, No. 26-756; and

**ORDERED** that the parties shall adhere to the following briefing schedule:

- Plaintiff and Consolidated Plaintiff will file their respective motions for judgment on the agency record and accompanying initial briefs of up to 14,000 words each on or before Friday, June 26, 2026.

- Defendant will file its response brief of up to 14,000 words on or before Thursday, September 24, 2026.

- Defendant-Intervenors will file their respective response briefs of up to 10,000 words each on or before Thursday, October 22, 2026.

- Plaintiff and Consolidated Plaintiff will file their respective reply briefs of up to 7,000 words each on or before Friday, November 20, 2026

- Pursuant to Rule 56.2(c)(3), Plaintiffs and Consolidated Plaintiff shall file a single joint appendix containing a copy of those portions of the administrative record cited in the briefs filed by all parties on or before Friday, December 4, 2026.

- Any requests for oral argument will be filed on or before Friday, December 11, 2026.

- Oral argument will be scheduled upon consultation with the parties.

 

 

_____
Claire R. Kelly, Judge

Dated: _____
New York, New York