**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| COALITION OF AMERICAN MANUFACTURERS OF MOBILE ACCESS EQUIPMENT, <br><br>     Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br>     Defendant, <br><br> and <br><br> ZHEJIANG DINGLI MACHINERY CO., LTD., <br><br>     Defendant-Intervenor. | Before: Claire R. Kelly, Judge <br><br> Court No. 26-00702 |
| ZHEJIANG DINGLI MACHINERY CO., LTD., <br><br>     Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br>     Defendant, <br><br> and <br><br> THE COALITION OF AMERICAN MANUFACTURERS OF MOBILE ACCESS EQUIPMENT, <br><br>     Defendant-Intervenor. | Before: Claire R. Kelly, Judge <br><br> Court No. 26-00756 |

Court Nos. 26-00702, 26-00756                                          Page 2

## ORDER

Upon consideration of the motions to consolidate cases filed in Ct No. 26-00702

ECF No. 21, and 26-00756, ECF No. 20, and motion to enter a scheduling order for

the consolidated action, 26-00756, ECF No. 20, and pursuant to U.S. Court of

International Trade Rules 42 and 56.2, it is

**ORDERED** that the motions to consolidate is granted; and it is further

**ORDERED** that the motion to enter a scheduling order for the consolidated

action is granted; and it is further

**ORDERED** that the following cases shall be consolidated under Coalition of

American Manufacturers of Mobile Access Equipment v. United States, Consol. Ct.

No. 26-00702:

- Coalition of American Manufacturers of Mobile Access Equipment v. United States, Ct. No. 26-00702; and

- Zhejiang Dingli Machinery Co., Ltd. v. United States, Ct. No. 26-00756; and it is further

**ORDERED** that the consolidated action shall proceed in accordance with the

schedule set forth below:

1. Plaintiff and Consolidated Plaintiff shall file their respective motions for judgment on the agency record and accompanying initial briefs of up to 14,000 words on or before Friday, June 26, 2026;

2. Defendant shall file its response brief of up to 14,000 words on or before Thursday, September 24, 2026;

3. Defendant-Intervenor shall file its response brief of up to 10,000 words on or before Thursday, October 22, 2026;

4. Plaintiff and Consolidated Plaintiff shall file their respective reply briefs of up to 7,000 words on or before Friday, November 20, 2026;

5.      Plaintiff and Consolidated Plaintiff shall file the Joint Appendix, including the entire confidential record, on or before Friday, December 4, 2026;

6.      Any requests for oral argument shall be filed on or before Friday, December 11, 2026; and

7.      Oral argument shall be scheduled upon consultation with the parties.

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated:      April 28, 2026
New York, New York